# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

IN RE:  DONALD WAYNE MILLER
        JULIA BURNHAM MILLER
        2633 PRESIDIO LANE
        CORONA, CA 92879

IN THE MATTER OF:
DONALD WAYNE MILLER
2633 PRESIDIO LANE
CORONA, CA 92879

DATE: 5/9/2011
Case No. 6:10-bk-48660-DS

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CRED CLASS | TRUSTEE CLAIM# |
|---|---|---|---|---|---|---|
| 01 | ALTURA CREDIT UNION | $22,738.00 | $22,699.71 | 8585 | U | 1 |
| 14 | AMERICAN EXPRESS | $2,148.00 | $2,148.03 | 2003 | U | 2 |
|    | AMEX | $2,258.00 | NOT FILED | 3633 | U | 3 |
|    | BANK OF AMERICA | $15,591.00 | NOT FILED | 9796 | U | 4 |
| 07 | ECMC | $21,545.00 | $21,515.79 | 2667 LOAN 20 | U | 5 |
| 02 | DFS SERVICES, LLC | $6,764.00 | $6,906.60 | 7265 | U | 6 |
| 03 | DFS SERVICES, LLC | $4,517.00 | $4,735.87 | 0847 | U | 7 |
| 06 | AES/PHEAA | $41,770.00 | $42,915.03 | 1530/0005 | U | 8 |
| 18 | GE MONEY BANK | $795.00 | $910.25 | 5323 | U | 9 |
| 13 | GREAT LAKES EDUCATIO | $5,155.00 | $5,402.88 | 2667 841577 | U | 10 |
| 15 | CAPITAL RECOVERY IV | $2,060.00 | $3,068.44 | 3252 | U | 11 |
| 10 | CHASE BANK USA, N.A. | $613.00 | $817.53 | 1141 | U | 12 |
| 04 | DEPARTMENT STORES NA | $1,631.00 | $1,865.38 | 5591 | U | 13 |
| 05 | NORDSTROM FSB | $1,301.00 | $1,422.69 | 2838 | U | 14 |
| 12 | SALLIE MAE PC TRUST | $4,179.00 | $3,959.16 | 1530 | U | 15 |
|    | Sears/cbsd | $1,314.00 | NOT FILED | 0379 | U | 16 |
| 17 | US BANK | $2,418.00 | $2,352.70 | 3595 | U | 17 |
| 11 | CitiMortgage Inc. | $346,897.81 | PAID OUTSIDE | 6248 | S | 18 |
| 09 | FORD MOTOR CREDIT CO | $12,805.00 | PAID OUTSIDE | 8153 | S | 19 |
| 16 | PNC BANK | $96,395.00 | $96,997.19 | 4391 | U | 20 |
| 08 | WELLS FARGO BANK NA | $2,392.00 | PAID OUTSIDE | 3514 | S | 21 |

IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "PAID OUTSIDE" OR "NOTICE ONLY."

/s/
_____
Rod Danielson, Chapter 13 Trustee

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:10-bk-48660-DS**

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated:  5/9/2011

/s/
PAULETTE ROSELI

PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

Executed on 5/9/2011 at Riverside, California.

/s/
PAULETTE ROSELI

DONALD WAYNE MILLER
2633 PRESIDIO LANE
CORONA, CA  92879

DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS, CA  92653